# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-5091                              September Term, 2024

1:25-cv-00381-ABJ

**Filed On: April 3, 2025**

National Treasury Employees Union, et al.,

        Appellees

    v.

Russell T. Vought, in his official capacity as
Acting Director of the Consumer Financial
Protection Bureau and Consumer Financial
Protection Bureau,

        Appellants

      **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for administrative stay and stay pending appeal, and in light of appellants' representations that, absent congressional action, the Consumer Financial Protection Bureau will remain open and will perform its legally required functions, it is

**ORDERED** that the district court's order filed March 28, 2025 granting appellees' motion for preliminary injunction be administratively stayed pending further order of the court, except insofar as the order gives effect to the terms memorialized in the parties' March 12 agreement concerning contract terminations (ECF No. 71) and the parties' February 14 agreement concerning records, terminations, and funding (ECF No. 19). The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024).

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Laura M. Morgan
                Deputy Clerk